**Freda J. DAY, Plaintiff—Appellant,**

v.

**J.C. PENNEY COMPANY, INCORPO-RATED, Defendant—Appellee.**

No. 04–2484.

United States Court of Appeals,
Fourth Circuit.

Submitted April 27, 2005.

Decided May 16, 2005.

Freda J. Day, Appellant pro se. Parmele Prince Calame, Megan Tedrick, Poyner & Spruill, LLP, Charlotte, North Carolina; Karla Kies Longoria, J.C. Penney Company, Inc., Plano, Texas, for Appellee.

Before LUTTIG, MICHAEL, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Freda J. Day appeals the district court's order granting summary judgment to the Defendant on her Title VII claim of employment discrimination and hostile work environment based on race and gender. *See* 42 U.S.C. §§ 2000e—2000e–17 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Day v. J.C. Penney Company, Inc.,* No. CA–03–96–3 (W.D.N.C. Oct. 4, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*